UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WFS FINANCIAL, INC.,**

    Plaintiff,

v.                                        Case No.  8:04-cv-2056-T-30EAJ

**BILL HEARD CHEVROLET, INC., -
PLANT CITY,**

    Defendant.
_____/

## ORDER OF DISMISSAL

    Before the Court is the Joint Stipulation of Dismissal (Dkt. #17).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice, each party to bear its own costs and fees.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on October 4, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2056.dismissal.wpd